IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA    *

vs.    *    Case No.  PJM-08-0349

ALONSO BERNATE    *

*******

### ENTRY OF APPEARANCE IN A CRIMINAL CASE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Enter my appearance as counsel in this case for the defendant, _____.

I certify that: [check and complete one that applies]

_____ I am admitted to practice in this Court, and my bar number is _____.

_____ I am a member in good standing of the bar of the highest court of _____

and am familiar with the Federal Rules of Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court.

8/29/08
Date

Signature of Counsel

JOSHUA R TREEM
Print Name

410-332-0850
Phone No.

401 E. Pratt St.
Address

410-332-0866
Fax No.

Baltimore MD   21202
City/State/Zip

jtreem@stkglaw.com
Email Address

** NOTE: Appearance of counsel may be withdrawn only with leave of Court. See Local Rule 201.3. Such leave is liberally granted if sought within 10 days of the defendant's initial appearance in this Court.

U.S. District Court (3/2008) Criminal Magistrate Forms: Counsel 501