# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| vs. | * | Case No.   PJM-08-0349 |
| ALONSO BERNATE | * | |

*******

## WAIVER OF INDICTMENT

I, __ALONSO BERNATE__, the above named defendant, who is accused of:

*18:371 - Conspiracy to Defraud United States*

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __August 29, 2008__ *(date)* prosecution by grand jury indictment and consent that the case against me proceed by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before:

_____
Peter J. Messitte
United States District Judge

U.S. District Court (6/98) Criminal Magistrate Forms: Miscellaneous 606