## UNITED STATES OF AMERICA

*vs.*

## ALONSO BERNATE

**Criminal No. PJM-08-0349**                    *DEFENDANT'S Exhibits*

| Exhibit No. | Identification | Admitted | Description |
|:---:|:---:|:---:|:---:|
| *1* | *12/17/2008* | *12/17/2008* | *Bank statement as to defendant (In Spanish)* |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

U.S. District Court (Rev. 3/1999) - Exhibit List